**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

DESTINY PETROLEUM LLC,                    Case No. 19-10412-SAH
                                          Chapter 11
     Debtor.

**DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF
AN ORDER (I) AUTHORIZING THE DEBTOR TO ASSUME
CERTAIN EXECUTORY CONTRACTS AND (II) FIXING
CURE AMOUNTS WITH RESPECT THERETO, WITH BRIEF
<u>IN SUPPORT AND NOTICE OF OPPORTUNITY FOR HEARING</u>**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully
and consult with your attorney about your rights and the effect of this
document.** If you do not want the court to grant the requested relief, or you
wish to have your views considered, you must file a written response or
objection to the requested relief with the clerk of the United States
Bankruptcy Court for the Western District of Oklahoma, 215 Dean A.
McGee Avenue, Oklahoma City, OK 73102, no later than 14 days from the
date of filing of this request for relief. You should also serve a file-stamped
copy of your response or objection on the undersigned movant/movant's
attorney and any others who are required to be served. If no response or
objection is timely filed, the court may grant the requested relief without a
hearing or further notice.

The 14-day period includes the three (3) days allowed for mailing provided
for in bankruptcy rule 9006(f).

---

**ATTACHED HERETO AS EXHIBIT 1 IS A LIST OF THE
EXECUTORY CONTRACTS THAT ARE SUBJECT TO THIS
MOTION. PARTIES SHOULD LOCATE THEIR NAMES,
EXECUTORY CONTRACTS, AND CURE AMOUNTS ON EXHIBIT
1 HERETO.**

1374090

Debtor, Destiny Petroleum LLC (the "Debtor"), by and through the undersigned counsel, respectfully files this Debtor's First Motion for Entry of an Order (I) Authorizing the Debtor to Assume Certain Executory Contracts and (II) Fixing Cure Amounts With Respect Thereto (the "Motion"). In support thereof, the Debtor would show the Court as follows:

## JURISDICTION AND STATUTORY AUTHORITY

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.      The statutory predicates for the relief requested are section 365 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

4.      On February 6, 2019 (the "Petition Date"), the Debtor filed a voluntary petition with this Court pursuant to Chapter 11 of the Bankruptcy Code.

5.      Pursuant to Bankruptcy Code sections 1107 and 1108, the Debtor has retained possession of its assets as a debtor in possession and is continuing to operate its business.

6.     No trustee, examiner, or committee has been appointed in this Chapter 11 case.

7.     The factual background regarding the Debtor, including its business operations and the events leading to this Chapter 11 case, is set forth in detail in the Affidavit of Frederic Saalwachter in Support of First Day Motions [Doc. 42] and fully incorporated herein by reference.

8.     Prior to the Petition Date, the Debtor entered into certain contracts with third parties, which the Debtor believes to be beneficial to the estate and the Debtor's continued operation, and which the Debtor seeks to assume through this Motion.  A list of the contracts to be assumed pursuant to this Motion (the "Assumed Contracts") is attached hereto as **Exhibit 1**.

## <u>BRIEF IN SUPPORT</u>

### A.     **Assumption of the Assumed Contracts is a Sound Exercise of the Debtor's Business Judgment**

Bankruptcy Code section 365 authorizes a debtor to assume executory contracts and unexpired leases subject to the approval of the Court:

> (a) Except as provided in . . . subsections (b), (c), and (d) of this section, the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor.
>
> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—

> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . ;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C) provides adequate assurance of future performance under such contract or lease . . . .

11 U.S.C. § 365. Bankruptcy Rule 6006 provides that "[a] proceeding to assume, reject, or assign an executory contract or unexpired lease, other than as part of a plan, is governed by [Bankruptcy] Rule 9014," which governs contested matters. Bankruptcy Rules 6006(a) and 9014.

Courts apply a business judgment standard in determining whether to approve a debtor's decision to assume an executory contract or unexpired lease. *In re J. H. Land & Cattle Co., Inc.*, 8 B.R. 237, 238 (Bankr. W.D. Okla. 1981). The business judgment test requires only that the trustee or debtor in possession demonstrate that assumption or rejection of the contract or unexpired lease will benefit the estate. *In re Lady Baltimore Foods, Inc.*, No. 02-43429, 2004 WL 2192374, *6 (Bankr. D. Kan. Aug. 13, 2004). Courts generally will not second-guess a debtor's business judgment concerning the assumption or rejection of an executory contract or unexpired lease. *In re Railyard Co., LLC*, 562 B.R. 481, 488 (Bankr. D.N.M. 2016) (citing *In re Malden Mills Indus., Inc.*, 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004)).

4

The assumption of the Assumed Contracts is a sound exercise of the Debtor's business judgment.  The Debtor has determined that the Assumed Contracts are necessary for the Debtor's ongoing business and successful reorganization.  The Assumed Contracts allow the Debtor to continue its operations, producing and selling hydrocarbons.  Accordingly, the business judgment standard has been satisfied, and the Debtor's assumption of the Assumed Contracts should be approved.

**B.     The Debtor Has Satisfied the Applicable Requirements of Bankrutpcy Code Section 365(b)**

Pursuant to Bankruptcy Code sections 365(b)(1)(A) and (B), if there has been a default in an executory contract, the trustee or debtor may not assume such contract unless, at the time of assumption of such contract, the debtor (i) cures or provides adequate assurance that it will promptly cure the default and (ii) compensates or provides adequate assurance of prompt future compensation for actual pecuniary losses resulting from such default.  11 U.S.C. §§ 365(b)(1)(A)-(B).  The Debtor proposes the cure payments related to the assumption of the Assumed Contracts set forth on the attached Exhibit 1.

The Debtor proposes to make such cure payments within sixty (60) days of the entry of an order approving the Motion.  There is adequate assurance of the Debtor's performance under the Assumed Contracts and of payment of the cure amounts related thereto based on the Debtor's ongoing revenues.  Since commencing this case, the Debtor has generated positive cash flows, and the Debtor is unaware of any changes in its operations that would alter this trend.

For all of the foregoing reasons, and in the sound exercise of its business judgment, the Debtor believes that the assumption of the Assumed ontracts is warranted and appropriate.  Thus, the Court should enter an order approving this Motion.

## C.    Compliance With Bankruptcy Rule 6006(f)

Bankruptcy Rule 6006(f) establishes requirements for a motion to assume multiple executory contracts or unexpired leases that are not between the same parties, stating, in pertinent part, that such a motion shall:

> (1) state in a conspicuous place that parties receiving the omnibus motion should locate their names and their contracts or leases listed in the motion;
>
> (2) list parties alphabetically and identify the corresponding contract or lease;
>
> (3) specify the terms, including the curing of defaults, for each requested assumption or assignment;
>
> (4) specify the terms, including the identity of each assignee and the adequate assurance of future performance by each assignee, for each requested assignment;
>
> (5) be numbered consecutively with other omnibus motions to assume, assign, or reject executory contracts or unexpired leases; and
>
> (6) be limited to no more than 100 executory contracts or unexpired leases.

Bankruptcy Rule 6006(f).  The Debtor submits that the contents of this Motion, in conjunction with the attached Exhibit 1, comply with the requirements of Bankruptcy Rule 6006(f).

**D.      Reservation of Rights**

The Debtor reserves the right to modify the Debtor's election to assume any Assumed Contracts or to modify any proposed cure amounts prior to the entry of an order granting this Motion.  The Debtor reserves any and all rights, claims, and defenses with respect to the characterization of the Assumed Contracts under the Bankruptcy Code, applicable nonbankruptcy law, or otherwise, including, but not limited to, any and all rights to argue that the Assumed Contracts do not constitute executory contracts under applicable law.

<u>**CONCLUSION**</u>

WHEREFORE, for the reasons stated herein, the Debtor respectfully requests that this Court enter an order (1) authorizing the Debtor to assume the executory contracts identified herein; (2) fixing the cure amounts with respect thereto; and (3) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Clayton D. Ketter*
Clayton D. Ketter, OBA No. 30611
PHILLIPS MURRAH P.C.
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-4100 - telephone
(405) 235-4133 - facsimile
cdketter@phillipsmurrah.com
**Attorneys for Destiny Petroleum LLC**

7

## CERTIFICATE OF SERVICE

On June 3, 2019, the foregoing document was served by first class mail, postage prepaid, on the parties listed on the attached mailing list.

_/s/ Clayton D. Ketter_____
Clayton D. Ketter, OBA No. 30611

Label Matrix for local noticing
1087-5
Case 19-10412
Western District of Oklahoma
Oklahoma City
Mon Jun  3 11:37:30 CDT 2019

Central Gas Service LLC
c/o Thomas J Lasater
PO Box 997
Wichita, KS 67201-0997

Destiny Petroleum LLC
2524 North Broadway
Oklahoma City, OK 73160

Hardison Production Services, LLC
P.O. Box 2743
Woodard, OK 73802-2743

M&M Acquisition, LLC d/b/a M&M Supply, Co.
4700 NW 23rd St
Suite 112
Oklahoma City, OK 73127-2037

Quest Automated Services, LLC
c/o John T. Richer and John W. Dowdell
Hall, Estill, et al.
320 South Boston Avenue
Suite 200
Tulsa, OK 74103-3705

RPC, Inc
C/O Dore Law Group, P.C.
17171 Park Row
Suite 160
Houston, TX 77084-4927

Select Energy Services, LLC
Dore Law Group, P.C.
17171 Park Row
Suite 160
Houston, TX 77084-4927

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

Ahmed Hamdi Ali El Banbi
87 South East El Nadi District
Sherouk City, Cairo 11837
EGYPT

Alejandro Rodriguez
8271 State Highway 755
Huntsville TX 77340

Algie F Smrcka Family Trust
30563 CR 960
Medford OK 73759-6089

Alice Smrcka
Trustee of Algie F Smrcka Family Trust
30563 CR 960
Medford OK 73759-6089

All American Trucking LLC
24551 North Luther Road
Luther OK 73054-9751

Altus GTS Inc
Suite 300
2400 Veterans Memorial Blvd
Kenner LA 70062-8725

American Piping Inspection Inc
17110 East Pine Street
Tulsa OK 74116-4901

American Trucking Inc
c/o Robert D. Householder
PO Box 54
Sawyer, KS 67134

Amerine Utilities Construction Inc
PO Box 1546
Great Bend KS 67530-1546

Anchor Drilling Fluids USA LLC
2431 East 61st Street Suite 710
Tulsa OK 74136-1211

Anchor Drilling Fluids USA LLC
6655 South Lewis Avenue
Tulsa, OK 74136-1036

Ann L Conus and Howard Conus
5862 South Teters Court
Springfield MO 65804-7721

Archrock Partners
9807 Katy Freeway Suite 100
Houston, TX 77024-1276

Archrock Partners
PO Box 201160
Dallas TX 75202-8211

BOP Ram-Block & Iron Rentals, Inc
717 S Custer
Weatherford, OK 73096-9714

BOP RamBlock
PO Box 872
Weatherford OK 73096-0872

Baker Hughes Oilfield Operations LLC
PO Box 301057
Dallas TX 75303-1057

Baseline Energy Services
PO Box 470929
Fort Worth TX 76147-0929

Basic Energy Services LP
PO Box 841903
Dallas TX 75284-1903

Beicip
1880 South Dairy Ashford Suite 630
Houston TX 77077-4781

Beicip Inc
1880 South Dairy Ashford Rd., Suite 630
Houston TX 77077-4781

Best Well Services
2250 East 73rd Street Suite 400
Tulsa OK 74136-6833

Betty J Frazier Revocable Trust
23 North Young Street
Caldwell KS 67022-1346

Bison Oilfield Services
PO Box 249
Oklahoma City OK 73101-0249

Brenda M Thompson
1143 West 20th Street South
Milan KS 67105-8004

Bruce A Belmear and Cindy L Belmear
98356 Logan Road
Medford OK 73759-6103

Bruce P Kolarik and Ann L Kolarik
14900 East Balsam Court
Wichita KS 67230-9708

CVM Management LLC
13212 North MacArthur Blvd
Oklahoma City OK 73142-3019

Casey B Frazier
995 South Caldwell Road
Caldwell KS 67022-8020

Casing Crews Inc
PO Box 158
Lamont OK 74643-0158

Central Gas Service LLC
PO Box 351
Garden Plain KS 67050-0351

Central Gas Service LLC
c/o Chase Lehner
PO Box 351
Garden Plain KS 67050-0351

Cimarron Surveying & Mapping Co Inc
1530 SW 89th Street Suite C3
Oklahoma City OK 73159-6356

Cimarron Surveying and Mapping Co
1530 SW 89th Street Building C3
Oklahoma City OK 73159-6356

Cimarron Valley Rentals LLC
14946 W CR 74
Crescent OK 73028-3061

Cimarron Valley Rentals LLC
14946 West County Road 74
Crescent OK 73028-3061

Clint Allen Ast Trust
350 West 40th Avenue North
Mayfield KS 67103-9207

Coffeyville Resources Refining
and Marketing LLC
10 East Cambridge Circle Suite 250
Kansas City KS 66103-1393

Comstock Oilfield Supply
PO Box 726
Woodward OK 73802-0726

Coughlin Equipment Co Inc
1600 W Vandament Ave
Yukon OK 73099-4402

Coughlin Equipment Co Inc
1600 West Vandament
Yukon OK 73099-4402

Crescent Consulting LLC
13212 North MacArthur Blvd
Oklahoma City OK 73142-3019

David A Kolarik and Vicki Kolarik
1401 Lawrence Lane
Bellevue NE 68005-2324

Destiny Holdings LLC
1 Destiny Cove
The Woodlands TX 77381-4361

Destiny Oil Partners LLC
2524 North Broadway
Oklahoma City OK 73160

Double H Service
3721 North 162nd Street
Garber OK 73738

Douglas Allen and Janet Townsend
374 South Milan Road
Milan KS 67105-8041

Duane E Nulik and Linda K Nulik
1658 South Argonia Road
Caldwell KS 67022-8610

Elite Casing Services Inc
PO Box 555
Woodward OK 73802-0555

Ellinwood Roustabout Service
220 South Pioneer Avenue
Lyons KS 67554-2631

Emad Elrafie
1 Destiny Cove
The Woodlands TX 77381-4361

Epic Lift Systems
PO Box 650002
Dallas TX 75265-0002

Epic Lift Systems, LLC
Tammy Sharp
14485 Highway 377 S.
Fort Worth, TX 76126-6416

Flowtech Energy Services LLC
PO Box 473
Russell KS 67665-0473

Fossil Drilling Inc
PO Box 464
Pratt KS 67124-0464

Foulston Siefkin LLP
Suite 100
1551 North Waterfront Parkway
Wichita KS 67206-4466

Frederic Saalwachter
3517 Blackhorse Lane
Charlotte NC 28210-6055

Fredrick L Lemasters
295 South Ryan Road
Milan KS 67105-8026

Garrison Brothers Pipe and Used
Equipment Inc
PO Box 967
El Reno OK 73036-0967

(p)GEO 720  LLC
PO BOX 848
SHATTUCK OK 73858-0848

Gordon B Stull
Stull Beverlin Nicolay and Haas LLC
PO Box 345
Pratt KS 67124-0345

Gray Reed and McGraw LLP
1300 Post Oak Blvd Suite 2000
Houston TX 77056-8000

Greg Myles
701 Azalea Hill Drive
Yukon OK 73099-6504

Hall Estill Hardwick Gable
Golden and Nelson PC
Attn Stuart E Van De Wiele
320 South Boston Ave Suite 200
Tulsa OK 74103-3705

Halliburton Energy Services Inc
3000 North Sam Houston Parkway East
Houston TX 77032-3299

Hammer Construction
PO Box 721078
Norman OK 73070-4830

Hardison Production Services LLC
PO Box 2743
Woodward OK 73802-2743

Hardison production services
Kaleb Hennigh
POB 6207
Enid, OK 73702-6207

Hawley Hot Oil LLC
25463 CR 800
Nash OK 73761-5026

Hawley Services Inc
25463 County Road 800
Nash OK 73761-5026

Hawley Services, Inc.
c/o Ross A. Plourde
McAfee & Taft
211 N. Robinson
Oklahoma City, OK 73102-7176

Hetrick Electric
PO Box 308
Blackwell OK 74631-0308

Integrated Energy Consulting Services
16540 County Road 1620
Fitzhugh OK 74843-2515

Integrated Production Services
PO Box 201934
Dallas TX 75320-1934

Internal Revenue Service
Bankruptcy Department
55 North Robinson
Oklahoma City OK 73102-9229

Internal Revenue Service
Service of Process
PO Box 7346
Philadelphia PA 19101-7346

Jack Austin
4851 West Simpson Road
Edmond OK 73025-1014

Jayhawk Oil Field Supply
PO Box 7
Spivey KS 67142-0007

Jayhawk Oilfield Supply Inc
100 S Main PO Box 7
Spivey KS 67142-0007

Jed Tencleve Mortimer Estate
477 South Sumner Road
Mayfield KS 67103-9261

Jerry White
PO Box 2946
Alpine, WY 83128-3902

Jerry White
PO Box 2976
Alpine WY 83128-3904

John T. Richer
c/o Hall, Estill, Hardwick, Gable, Golde
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3705

Kalamar Inc
1405 East Willow Road
Enid OK 73701-8714

Kansas Corporation Commission
1500 SW Arrowhead Road
Topeka KS 66604-4029

Kansas Department of Revenue
300 SW 29th Street
Topeka KS 66611-1109

Kansas Department of Revenue
Docking State Office Building Room 400
915 SW Harrison Street
Topeka KS 66612-1585

Keith B Mortimer Estate
477 South Sumner Road
Mayfield KS 67103-9261

Kings Well Service LLC
PO Box 323
Blackwell OK 74631-0323

Kinney Louthan
2932 NW 122nd Suite 10
Oklahoma City OK 73120-1955

Kinney Louthan
8686 West Waterloo Road
Edmond, OK 73025-9120

Kwick Rentals LLC
PO Box 2111
Woodward OK 73802-2111

Lauren Morgan
Dore Law Group PC
17171 Park Row Suite 160
Houston TX 77084-4927

M Eugene Basinger
950 West 20th Street South
Milan KS 67105-8011

M and M Supply Co
PO Box 258890
Oklahoma City OK 73125-8890

M&M Acquistion, LLC d/b/a M&M Supply, Co.
Rick L. Denker
Denker & Butler, PLLC
4700 NW 23rd Street, Suite 112
Oklahoma City, OK 73127-2037

Mark W Gardner
3204 Cambridge Court
Bartlesville OK 74006-7509

Marlene Boatright
1751 South Argonia Road
Caldwell KS 67022

Martin D Kolarik
8917 West Bekemeyer
Wichita KS 67212-4117

Maxidize Production Services LLC
PO Box 542
Winfield KS 67156-0542

Meridith Family Partnership LP
475 North West Road
Wellington KS 67152-8047

Michael J Andra
110 South Forestview Court
Wichita KS 67235-8217

Multilift Welltec LLC
PO Box 203325
Dallas TX 75320-3325

NALCO Champion
PO Box 730005
Dallas TX 75373-0005

Nalco Company LLC
1601 West Diehl Road
Naperville, IL 60563-1198

Nancy A Jelinek
827 North Edwards Court Apt 9
Wichita KS 67203-6706

O Tex Pumping LLC
7045 North Highway 81
Duncan OK 73533-4001

OJP Investments LLC
2420 North 191st West Circle
Colwich KS 67030

ORCO Service LLC
PO Box 691
Kingfisher OK 73750-0691

Ogletree Deakins Nash Smoak and Stewart
One Allen Center
500 Dallas Street Suite 3000
Houston, TX 77002-4802

Oil Patch Group Inc
12012 Wickchester Lane Suite 475
Houston TX 77079-1228

Oklahoma County Treasurer
Room 307
320 Robert S Kerr
Oklahoma City OK 73102-3430

Oklahoma Employment Security Commission
Bankruptcy Documents and Filings
Legal Division
PO Box 53039
Oklahoma City OK 73152-3039

Oklahoma Tax Commission
Office of the General Counsel
100 North Broadway Ave Suite 1500
Oklahoma City OK 73102-8601

Osprey Energy Services
4700 B and B Drive
Woodward OK 73801-1600

PC Executive Services Inc
3030 NW Expressway Suite 200
Oklahoma City OK 73112-5466

Patriot Wellhead LLC
9505 West Reno Avenue
Oklahoma City OK 73127-2917

Patterson Rental Tools and Thrutubing
PO Box 203379
Dallas TX 75320-3379

Patterson Services, Inc.
c/o Carl Dore, Jr.
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

(p)PAUL FRANCIS FARMS  LLC
5909 NW 78TH TERR
KANSAS CITY MO 64151-4430

PolyPipe Inc
PO Box 811
Woodward OK 73802-0811

Post Oak Energy Capital
Suite 300
34 South Wynden Drive
Houston TX 77056-2531

Production String Services LLC
PO Box 349
Enid OK 73702-0349

Quest Automated Service LLC
8023 East 63rd Place Suite 605
Tulsa OK 74133-1238

Quest Automated Services, LLC
c/o John T. Richer
320 South Boston Avenue
Suite 200
Tulsa, OK 74103-3705

R R Oilfield Rental Services LLC
PO Box 253
Ringwood OK 73768-0253

R R Workover Rigs, LLC
PO Box 253
Ringwood OK 73768-0253

Rick L Denker
Denker and Butler PLLC
4700 NW 23rd Street Suite 112
Oklahoma City OK 73127-2037

RiteWay Construction LLC
PO Box 3748
Enid OK 73702-3748

Ruth E Kolarik
1814 North Tejon
Colorado Springs CO 80907-7461

Ruth E Kolarik and Zhivoin Radoshevich
1814 North Tejon
Colorado Springs CO 80907-7461

Select Energy Services LLC
PO Box 203997
Dallas TX 75320-3397

Select Energy Services, LLC
c/o Carl Dore, Jr. Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Skyline Directional Drilling LLC
PO Box 890538
Oklahoma City OK 73189-0538

Skyline Directional Drilling, L.L.C.
2524 S. Ann Arbor Avenue
Oklahoma City, OK 73128-1846

Spectrum Tracer Services LLC
PO Box 733849
Dallas TX 75373-3849

Stephen M. Hetrick
2 W. 2nd Street, Suite 1100
Tulsa, OK 74103-3125

Stewart Farms LC
108 West Lincoln
Wellington KS 67152-3849

Stimulation Pumping Services
Attn Curt Emerson
PO Box 758
Blackwell OK 74631-0758

Sumner County Kansas
PO Box 190
Wellington KS 67152-0190

Sumner Cowley Electric Coop
2223 North A Street
Wellington KS 67152-4521

Sumner Cowley Electric Coop Inc
PO Box 220
Wellington KS 67152-0220

Targa Pipeline Mid-Continent WestOK LLC
14000 Quail Springs Parkway Suite 215
Oklahoma City OK 73134-2600

Texas Workforce Commission
Labor Law
101 East 15th Street
Austin TX 78778-1442

The Green Team
207111 Ease 591 Road
Vici OK 73859

The Kansas University Endowment
PO Box 928
Lawrence KS 66044-0928

Thru Tubing Solutions, Inc.
c/o Carl Dore, Jr.
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Thurmond McGlothlin LLC
PO Box 2052
Amarillo TX 79105-2502

Tims Trucking LLC
PO Box 340
Elk City OK 73648-0340

Toledo Mudlogging Services Inc
PO Box 1209
Many LA 71449-1209

Tri Power Energy Services, LLC
4341 SW 33rd Street
Oklahoma City, OK 73119-1016

TriPower Energy Services LLC
PO Box 950893
Oklahoma City OK 73195-0893

(c)US SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
801 CHERRY ST UNIT 18
FORT WORTH TX  76102-6882

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Vanco
PO Box 411832
Kansas City MO 64141-1832

Verizon
1095 Avenue of the Americas
New York NY 10036-6704

VisualSystems Inc
c/o Timothy A. Million
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002-2629

WW Drilling LLC
PO Box 307
Wakeeney KS 67672-0307

Washita Valley Ent
PO Box 94160
Oklahoma City OK 73143-4160

Weatherford
PO Box 301003
Dallas TX 75303-1003

Weatherford Artificial Lift Systems, LLC
c/o Timothy A. Million
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002-2629

Weatherford U.S., L.P.
c/o Timothy A. Million
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002-2629

Weaver and Tidwell LLP
Suite 700
2821 West 7th Street
Fort Worth TX 76107-8913

White's Equipment Rental, LLC
837 SE 82nd Street
Oklahoma City, OK 73149-2928

White's Welding LLC
837 SE 82nd Street
Oklahoma City, OK 73149-2928

Whites Equipment Rental LLC
PO Box 6145
Hermitage PA 16148-0922

Whites Welding LLC
PO Box 1761
Woodward OK 73802-1761

Wildcat Oil Tools LLC
PO Box 50592
Midland TX 79710-0592

William J Kolarik and Yvonne Kolarik
1455 North Prentice Road
Ponca City OK 74604-5157

William R Sudela
Crady Jewett McCulley and Houren LLP
2727 Allen Parkway Suite 1700
Houston TX 77019-2125

Wortham Insurance
PO Box 1388
Houston TX 77251-1388

Wyoming Casing Service Inc
PO Box 1153
Dickinson ND 58602-1153

Zaher Zaafran
1007 Goldfinch Avenue
Sugar Land TX 77478-3452

Clayton D Ketter
Phillips Murrah PC
101 N Robinson 13th Floor
Oklahoma City, OK 73102-5523

**Baker Hughes Oilfield Operations, LLC**
**PO Box 4740**
**Houston, TX 77210-4740**

Geo 720 LLC
PO Box 848
Shattuck OK 73858

Paul Francis Farms LLC
5909 NW 78th Terrace
Kansas City MO 64151

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

US Securities and Exchange Commission
Fort Worth Regional Office
Suite 1900 Unit 18
801 Cherry Street
Fort Worth TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Baker Hughes Oilfield Operations, LLC

(u)Hawley Services Inc.

(d)Destiny Oil Partners LLC
2524 North Broadway
Oklahoma City, OK 73160

(d)Destiny Petroleum LLC
2524 North Broadway
Oklahoma City, OK 73160

(d)Hetrick Electric LLC
P.O. Box 308
Blackwell, OK 74631-0308

(u)Greg Myles

End of Label Matrix
Mailable recipients    182
Bypassed recipients      6
Total                  188

## EXHIBIT 1
### Assumed Executory Contracts and Unexpired Leases

| | Counterparty | Assumed Executory Contract | Cure Amount |
|---|---|---|---|
| 1. | Baker Hughes Oilfield Operations, LLC<br>PO Box 4740<br>Houston, TX 77210-4740 | Well Test Rental Agreement – Linda 2-5H | $9,209.00 |
| 2. | Coffeyville Resources Refining and Marketing LLC<br>10 East Cambridge Circle<br>Suite 250<br>Kansas City, KS 66103 | Crude Oil Purchase Agreement dated January 5, 2017 | $0.00 |
| 3. | Targa Pipeline Mid-Continent WestOK LLC<br>14000 Quail Springs Parkway<br>Suite 215<br>Oklahoma City, OK 73134 | Gas Purchase Agreement for sale of gas. | $0.00 |
| 4. | Targa Pipeline Mid-Continent WestOK LLC<br>14000 Quail Springs Parkway<br>Suite 215<br>Oklahoma City, OK 73134 | Gas Purchase Agreement dated November 1, 2017 | $10,000.00 |