**Dated: June 18, 2019**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | |
| DESTINY PETROLEUM LLC, | Case No. 19-10412-SAH |
| Debtor. | Chapter 11 |

### ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ASSUME CERTAIN EXECUTORY CONTRACTS AND (II) FIXING CURE AMOUNTS WITH RESPECT THERETO

This matter comes on for consideration based on the Debtor's First Motion for Entry of an Order (I) Authorizing the Debtor to Assume Certain Executory Contracts and (II) Fixing Cure Amounts With Respect Thereto [Doc. 125] (the "Motion") filed by Debtor Destiny Petroleum LLC (the "Debtor").[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1379828

Counsel represents that the Motion was served upon all parties in interest on June 3, 2019, and the deadline for filing responses was June 17, 2019, which passed without response being filed or served.  The Motion is thereby deemed confessed.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to Bankruptcy Code section 365(a), the Debtor is authorized to assume the executory contracts identified in Exhibit 1 to the Motion.

3. Within sixty (60) days of the entry of this Order, the Debtor shall pay the cure amounts set forth in Exhibit 1 to the Motion, if any, to the respective counterparties identified therein, in satisfaction of Bankruptcy Code section 365(b).

4. The Debtor, its officers, employees, and agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

*/s/ Clayton D. Ketter*
Clayton D. Ketter, OBA #30611
PHILLIPS MURRAH P.C.
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-4100
(405) 235-4133 (fax)
cdketter@phillipsmurrah.com

**Attorneys for Destiny Petroleum LLC**